# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Anthony Mastanduno<br>DOB: XXXXXX<br><br>_Defendant(s)_ | Case: 1:23-mj-00206<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 8/16/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U S C §§111(a)(1) and b | To forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals, and to use a deadly or dangerous weapon or inflict bodily injury during the commission of such acts. |
| 18 U S C § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority. |
| 18 U S C § 1752(a)(2) | Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. |
| 18 U S C § 1752(a)(4) | Knowingly engage in any act of physical violence against any person or property in any restricted building or grounds. |
| 40 U S C § 5104(e)(2)(D) | To utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress. |
| 40 U S C § 5104(e)(2)(F) | To engage in any act of physical violence in the Grounds or any of the Capitol Buildings. |
| 40 U S C § 5104(e)(2)(G) | To parade, demonstrate, or picket in a Capitol Building. |
| 18 U S C § 231(a)(3) | unlawful to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function, operation, or action carried out |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/17/2023__

_Judge's signature_

City and state: __Washington, D.C.__    Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_