IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| **ANTHONY MASTANDUNO** | : | 18 U.S.C. §§111(a)(1) and b |
| | : | (Forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals) |
| **Defendant.** | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Physical violence against any person or property in any restricted building or grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Utter Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct, at any Place in the Grounds or in any of the Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Physical violence in the Grounds or any of the Capitol Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parade, Demonstrate, or Picket in any of the Capitol Buildings) |
| | : | 18 U.S.C. § 231(a)(3)(Obstruct, impede, or interfere with any fireman or law enforcement officer) |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

1

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: August 16, 2023

_____
JUDGE MOXILA A. UPADHYAYA,
UNITED STATES MAGISTRATE JUDGE